```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
PASQUALE A. GRELLA and              :
ROSETTA GRELLA.,                    :
                                    :
                        Plaintiffs, :
                                    :
        - against -                 :
                                    :
NATIONAL RAILROAD PASSENGER         :
CORPORATION d/b/a AMTRAK.,          :
                                    :
                        Defendant.  :
------------------------------------ X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-08
```

08 Civ. 2067 (VM)

**ORDER FOR REASSIGNMENT TO WHITE PLAINS**

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court notes that plaintiffs assert that they are residents of Westchester County; that defendant National Railroad Passenger Corporation ("Amtrak") is a railroad corporation organized under the laws of the United States of America and doing business in New York State. The complaint indicates that the events giving rise to the claims asserted in the underlying action occurred as a result of injuries plaintiff Pasquale A. Grella allegedly suffered while working on Amtrak premises located near the vicinity of Pelham Bay Bridge, in Westchester County. It therefore appears that in whole or in major part this action arose in Westchester County and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Westchester County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           6 March 2008

_____
VICTOR MARRERO
   U.S.D.J.
