UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PASQUALE A. GRELLA and
ROSETTA GRELLA,

          Plaintiff,                             **RULE 7.1 STATEMENT**

   - against -                                     08 CV 2067

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK

          Defendant.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

       These representations are made in order that the judges of this court may determine the need for recusal.

Dated:     New York, New York
              March 21, 2008

                                        Respectfully submitted,

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                            By: _____
                                Ronald E. Joseph (RJ9302)
                                Attorneys for Defendant Amtrak
                                120 Broadway, 27th Floor
                                New York, New York 10271-0079
                                (212) 238-4800

TO:     Barry S. Huston (BH 2988)
           PERECMAN & FANNING, P.L.L.C.
           Attorneys for Plaintiffs
           250 West 57th Street
           Suite 401
           New York, NY 10107
           (212) 977-7033

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

     **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

     That on the 21st day of March, 2008, deponent served the within **RULE 7.1 STATEMENT** upon

                    Barry S. Huston (BH 2988)
                    PERECMAN & FANNING, P.L.L.C.
                    Attorneys for Plaintiffs
                    250 West 57th Street, Suite 401
                    New York, NY 10107
                    (212) 977-7033

attorneys in this s action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                             _____
                                                 Jelena Brigida

Sworn to before me this
21st day of March, 2008

_____
    Notary

                          MIRIAM DEIKUN
                 Notary Public, State of New York
                       No. 01DE6141377
                   Qualified in Queens County
              Commission Expires February 21, 20__