UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
PASQUALE A. GRELLA,                      :
ROSETTA GRELLA,                          :
                                         :
                 Plaintiffs,             :    08 Civ 2067
                                         :
        - against -                      :    **ORDER**
                                         :
NATIONAL RAILROAD PASSENGER              :
CORPORATION,                             :
                                         :
                 Defendant.              :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Order dated March 6, 2008 the Court directed the Clerk of
Court to reassign this case to White Plains and remove it from the
Court's docket.  A review of the Docket Sheet for this matter
indicates that the case remains listed on the Court's database of
open cases.  Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of March 6,
2008 the Clerk of Court is directed to reassign this case to White
Plains and remove it from the Court's list of pending cases.


**SO ORDERED.**

Dated:    New York, New York
          26 March 2008

                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08