COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------X
PASQUALE A. GRELLA and
ROSETTA GRELLA,

              Plaintiffs,

       -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

              Defendant.
-------------------------------------------------------X

Dated

STIPULATION
OF DISCONTINUANCE & ord

08 CV 2067 (CLB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, that the above-entitled action, as it pertains to Rosetta Grella, be and the same hereby is discontinued with prejudice and without costs to either party as against the other.

Dated:    New York, New York
           April 8, 2008

PERECMAN & FANNING, P.L.L.C.

By: _____
Barry S. Huston (BH 2988)
Attorneys for Plaintiffs
250 West 57th Street
Suite 401
New York, NY 10107
(212) 977-7033

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Ronald E. Joseph (RJ9302)
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

✓ So Ordered: April 24, 2008

_Clarence Brieant_
**CHARLES L. BRIEANT**, USDJ

458892.1 DocsNY    C24 - C8