UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PASQUALE A. GRELLA and
ROSETTA GRELLA,

                Plaintiffs,

- against -

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                Defendant.
------------------------------------------------------------------X

NOTICE OF APPEARANCE

08 CV 2067 (CLB)

    **PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

    **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:     New York, New York
               July 8, 2007

                                        Yours, etc.

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                    By:    /s/ Michael A. Korn
                            Michael A. Korn (MK 3232)
                            Attorneys for Defendant
                            National Railroad Passenger Corporation
                            120 Broadway, 27th Floor
                            New York, NY 10271
                            (212) 238-4800

TO:    Barry S. Huston (BH 2988)
        PERECMAN & FANNING, P.L.L.C.
        Attorneys for Plaintiffs
        250 West 57th Street
        Suite 401
        New York, NY 10107
        (212) 977-7033

464761.1 DocsNY

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

       **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

       That on the 9th day of July, 2008, deponent served the within **NOTICE OF APPEARANCE**
upon

                Barry S. Huston (BH 2988)
                PERECMAN & FANNING, P.L.L.C.
                Attorneys for Plaintiffs
                250 West 57th Street
                Suite 401
                New York, NY 10107
                (212) 977-7033

attorneys in this s action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                _____
                                                    Jelena Brigida

Sworn to before me this
9th day of July, 2008

_____
    Notary

                                        LAURIE EGAN
                            Notary Public, State of New York
                                No. 01EG5062768
                            Qualified in Orange County
                          Commission Expires Aug. 7, 20__